UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART REAL ESTATE<br>BUSINESS TRUST,<br>a Delaware Business Trust,<br><br>and<br><br>SOUTHPORT CENTRE III, LLC,<br>an Indiana Limited Liability Company,<br><br>and<br><br>SOUTHPORT CENTRE, LLC,<br>an Indiana Limited Liability Company,<br><br>    Defendants. | CASE NO.: 1:16-cv-03457-SEB-MJD |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendants' Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.  The Court hereby retains jurisdiction over this matter solely for the purposes of enforcement of the parties' confidential settlement agreement.

**DONE AND ORDERED**.

Date:  7/28/2017

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:  Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.